UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER WILSON, II                          CIVIL ACTION

VERSUS                                          NO. 25-1319

TANGIPAHOA PARISH JAIL, *et al.*                SECTION M

## ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection to the R&R, the Court approves the R&R and adopts it as its opinion in this matter. The magistrate judge properly found that defendants Tangipahoa Parish Jail and Tangipahoa Parish Sheriff's Office lack capacity to be sued and that dismissal of the three individual defendants is proper due to plaintiff Christopher Wilson, II's failure to make timely service and his failure to prosecute. Therefore,

IT IS ORDERED that Wilson's claims against Tangipahoa Parish Jail and Tangipahoa Parish Sheriff's Office are DISMISSED WITH PREJUDICE for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS FURTHER ORDERED that Wilson's claims against Corey Brown, Terry Lane, and Tom Wheeler are DISMISSED WITHOUT PREJUDICE for failure to make timely service as required by Federal Rule of Civil Procedure 4(m) and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

New Orleans, Louisiana, this 22nd day of July, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 27.